UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

HONG MAI,

                          Plaintiff,

          -against-

CARL RABUM, Commissioner of the Social Security
Administration,

                          Defendant.

--------------------------------------------------------------- X

06 CV 2978 (ARR)

NOT FOR ELECTRONIC
OR PRINT
PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

The court has received the Amended Report and Recommendation on the instant case

dated June 15, 2006 from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No

objections have been filed. Having conducted a de novo review of the record, the court hereby

adopts the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28

U.S.C. § 636(b)(1). Accordingly, (1) the court grants plaintiff leave to file the instant complaint

and directs the Clerk of the Court to process the complaint; (2) the court denies plaintiff's request

dated September 13, 2004 seeking leave to file a motion to review this court's decision

dismissing the claims in Civil Docket No. 98-1355; and (3) the court denies plaintiff's motion to

dated December 9, 2003, seeking leave to file a civil complaint under 42 U.S.C. § 1983 against

various state and city agencies.

          SO ORDERED.

                                              Allyne Ross

                                              Allyne R. Ross
                                              United States District Judge

Dated: July 5, 2006
          Brooklyn, New York

1

SERVICE LIST:

> *Pro Se Plaintiff:*
> Hong Mai
> 40-20 Beach Channel Drive
> Apt. 10K
> Far Rockaway, NY 11691

cc:    Magistrate Cheryl L. Pollak