D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
HONG MAI,

                Plaintiff,

  -against-

CARL RABUM, Commissioner of the
Social Security Administration

                Defendant.
------------------------------------------------------------------ X

06-CV-2978 (ARR)(CLP)

<u>NOT FOR
PRINT OR ELECTRONIC
PUBLICATION</u>

<u>ORDER</u>

ROSS, United States District Judge:

      The court has received the Report and Recommendation on the instant case dated May 4, 2010 from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. <u>See</u> Advisory Comm. Notes to Fed. R. Civ. P. 72(b); <u>accord</u> <u>Edwards v. Town of Huntington</u>, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); <u>McKoy v. Henderson</u>, No. O5 Civ. 1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

      Therefore, plaintiff's motion for leave to file the Proposed Complaint is denied as plaintiff has filed a new civil action. <u>See</u> No. 10-cv-2028 (ARR) (CLP).

1

SO ORDERED.                    S/Judge Ross

                               Allyne R. Ross
                               United States District Judge

Dated: May 28, 2010
       Brooklyn, New York

SERVICE LIST:

       <u>Plantiff's Attorney</u>
       Hong Mai
       40-20 Beach Channel Drive
       Apt. 10K
       Far Rockaway, NY 11691

       <u>Defendant's Attorney</u>
       David Michael Eskew
       United States Attorneys Office
       Eastern District Of New York
       Civil Division
       271 Cadman Plaza East
       Brooklyn, NY 11201

cc:    Magistrate Judge Pollak